ROBINSON v. CHINESE CHARITABLE & BENEVOLENT ASS'N OF CITY
OF NEW YORK.

(Supreme Court, Appellate Division, First Department.   June 23, 1899.)

APPEALABLE ORDERS—DECISIONS WITHOUT ENTRY OF JUDGMENT.
      A decision that, in view of plaintiff's admissions, no recovery can be had
   on the complaint as it stands, is not appealable, as the appeal should be
   taken after entry of judgment.

Appeal from special term, New York county.

Action by Mary E. Robinson against the Chinese Charitable &
Benevolent Association of the City of New York.   From a decision
holding that no recovery could be had on the complaint as it stood,
plaintiff appeals.   Dismissed.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY,
PATTERSON, and O'BRIEN, JJ.

M. E. Duffy, for appellant.
S. Greenbaum, for respondent.

VAN BRUNT, P. J.   It is difficult to see how the ruling of the
court upon the trial of this action can be reviewed, except upon an ap-
peal from a judgment when such judgment should be entered.   The
order appealed from was a mere decision, upon the trial, holding that,
in view of the admissions of the plaintiff, no recovery could be had
upon the complaint as it stood.   Such decision cannot be reviewed
upon an appeal, but a judgment must be entered, an appeal taken
from the judgment, a case made, and the appeal brought up in the
regular way.

We think, therefore, that the appeal must be dismissed, with $10
costs and disbursements.   All concur.